UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT COVINGTON

| | |
|---|---|
| MICHAEL G. WEST | Case No. 2:09-cv-124 |
| Plaintiff, | |
| v. | |
| CITY OF COVINGTON, KENTUCKY | **AGREED ENTRY OF DISMISSAL WITH PREJUDICE** |
| Defendant. | |

Pursuant to FRCP 41(a)(1)(A)(ii), Plaintiff, Michael G. West, and Defendant, City of Covington, hereby stipulate to the dismissal with prejudice of Plaintiff's Complaint, with each party to bear its own attorneys' fees and costs relating to this action.

Respectfully submitted,

| COUNSEL FOR PLAINTIFF: | COUNSEL FOR DEFENDANT: |
|---|---|
| /s/ Kelly Mulloy Myers | /s/ T. Alex Mattingly (per auth.) |
| Kelly Mulloy Myers (86727) | Frank E. Warnock |
| FREKING & BETZ, LLC | T. Alex Mattingly |
| 525 Vine Street, 6th Floor | City Solicitor |
| Cincinnati, OH 45202 | Office of the City Solicitor |
| 513-721-1975/Fax: 513-651-2570 | City of Covington |
| kmyers@frekingandbetz.com | 638 Madison Avenue |
| | Covington, KY 41011 |
| | (859) 292-2311/Fax: (859) 292-2310 |
| | fwarnock@covingtonky.gov |
| | amattingly@covingtonky.gov |

**IT IS SO ORDERED.**

_____
Honorable William O. Bertelsman